UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUSAN H. ELDER, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 3:13-CV-54 |
| v. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| WTNZ, LLC, d/b/a WTNZ FOX 43, | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| DIANE LOTT, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 3:13-CV-55 |
| v. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| WTNZ, LLC, d/b/a WTNZ FOX 43, | ) | |
|     Defendant. | ) | |

**MEMORANDUM AND ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court are Plaintiff's Motions to Amend Complaint [Doc. 17 in No. 3:13-CV-54; Doc. 18 in No. 3:13-CV-55] and Defendant's Motions to Strike Stipulation [Doc. 20 in No. 3:13-CV-54; Doc. 21 in No. 3:13-CV-55].

The parties appeared before the undersigned on September 19, 2013, to address the motions and the status of this case. For the reasons more fully stated on the record, the Court finds:

1. Plaintiffs' Motions to Amend **[Doc. 17 in No. 3:13-CV-54; Doc. 18 in No. 3:13-CV-55]** are well-taken, and they are **GRANTED**. The Defendant does not object to the Plaintiffs' request to amend, and the Court finds that the Plaintiffs have meet the

standards of Rule 15 of the Federal Rules of Civil Procedure and Local Rule 15.1. The Clerk of Court **SHALL FILE** the proposed amended complaints, attached as Exhibit 1 to the Motions to Amend, as the Second Amended Complaints in these cases.

2. Defendant's Motions to Strike **[Doc. 20 in No. 3:13-CV-54; Doc. 21 in No. 3:13-CV-55]** are not well-taken, and they are **DENIED**. The Court has admonished Plaintiffs' counsel not to file such proposed stipulations in the future, and the Court finds that there is no need to strike the stipulations from the record.[1]

As stated at the hearing, the parties are directed to prepare these cases for trial in a cooperative and efficient manner.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] "Motions to strike are disfavored." <u>Berry v. Frank's Auto Body Carstar, Inc.</u>, 2011 WL 4360075, at *2 (S.D. Ohio 2011). Generally, a "Court should ignore inadmissible evidence instead of striking it from the record." <u>Id</u>.