UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| Susan H. Elder, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:13-cv-54-TAV-CCS |
| | ) |
| WTNZ, LLC, d/b/a WTNZ Fox 43, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have filed a Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1),

It is therefore ORDERED that this action is hereby is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY,

/s/ Wendy V. Miller
Wendy V. Miller, Esq. (BPR # 23500)
Charlotte S. Wolfe, Esq. (BPR # 27765)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 Fax
Email: wendy.miller@odnss.com
Email: charlotte.wolfe@odnss.com

Attorneys for Defendant

/s/ J. Steven Collins
J. Steven Collins, Esq. (BPR # 012030)
Burroughs Collins & Newcomb, PLC
900 South Gay Street
Suite 600, Riverview Tower
Knoxville, TN 37901-0551
(865) 342-1040
(865) 342-1041 Fax
Email: steve@bcnattorneys.us

Attorney for Plaintiff